

FILED

2010 SEP 17 AM 8 00

PATRICK E. DUFFY, CLERK

**IN THE UNITED STATES DISTRICT COURT** BY _____

DEPUTY CLERK

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

KENNETH HELGESON,

Petitioner,

vs.

WARDEN MARION FEATHER,
Bureau of Prisons,

Respondent.

No. CV-10-51-GF-SEH

**ORDER**

On August 24, 2010, United States Magistrate Judge Keith Strong entered

Findings and Recommendations[1] in this matter. Petitioner did not file objections.

No review is required of proposed findings and recommendations to which no

objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no error in Judge Strong's Findings and

Recommendations and adopt them in full.

[1] Document No. 3

ORDERED:

1.      The Petition for Writ of Habeas Corpus[2] is DISMISSED for lack of

jurisdiction.

2.      Any appeal would not be taken in good faith as the Court lacks

jurisdiction.

3.      The Clerk of Court is directed to enter a judgment of dismissal.

DATED this  /6th  day of September, 2010.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1

-2-